IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POWER COMPONENT SALES CO. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| SST BEARING CORPORATION | : | NO. 02-2740 |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Wednesday, November 20, 2002*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

**\*Case continued from October 30, 2002
NO FURTHER CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL\***

By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date: October 4, 2002

Copies:   Lisa Ross, Courtroom Deputy to Judge Tucker
Docket Clerk - Case File

Counsel:   Mitchell A. Kramer, Esq.
Deborah R. Lydon, Esq.
Kathryn A. Dux, Esq.
Arbitrators:   Marc Weingarten, Esq., Chair
Joseph Devanney, Esq.
Shelley Smith, Esq.

ARB2.FRM